**Opinion August 1, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00507-CR**

**NO. 01-19-00508-CR**

**NO. 01-19-00535-CR**

**NO. 01-19-00536-CR**

**NO. 01-19-00537-CR**

**NO. 01-19-00538-CR**

**NO. 01-19-00539-CR**

**NO. 01-19-00540-CR**

**NO. 01-19-00541-CR**

**NO. 01-19-00542-CR**

**NO. 01-19-00543-CR**

————————————

**IN RE WILLIAM ANDREW ALLEN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

# MEMORANDUM OPINION

Relator, William Andrew Allen, has filed petitions for writ of mandamus, seeking to have his convictions reversed and remanded.[1]

We **deny** relator's petitions for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. William Andrew Allen*, cause numbers 12976, 12986, 12978, 12979, 12980, 12981, 12982, 12983, 12984, 12985, 12977, pending in the 155th District Court of Waller County, Texas, the Honorable Jeff R. Steinhauser presiding.